### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEW MEXICO

**JOHN PORTER WILCOX,**

    **Plaintiff,**

**v.**                                                                                   **No. 14-cv-0308 MV/SMV**

**SUSANA MARTINEZ, et al.,**

    **Defendants.**

### ORDER STAYING BRIEFING

THIS MATTER is before the Court sua sponte. Plaintiff filed his Complaint and first motion for leave to proceed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915 on March 31, 2014. [Docs. 1, 2]. Since then, Plaintiff has submitted several additional filings related to his request to proceed IFP. [Docs. 10, 11, 15]. Also pending are motions by which Plaintiff wishes to append or amend his Complaint and to move for class certification. [Docs. 5, 6, 8, 14]. Finally, on May 1, 2014, several Defendants filed two motions to dismiss. [Docs. 18, 19]. In the interests of economy, the Court will STAY BRIEFING on all of the pending motions, [Docs. 5, 6, 8, 14, 18, 19], until Plaintiff's requests to proceed IFP are decided, [Docs. 2, 10, 11, 15]. Once the IFP requests are decided, the Court will lift the stay and set appropriate briefing deadlines.

    **IT IS THERFORE ORDERED** that <u>no responses or replies to documents 5, 6, 8, 14, 18, 19 should be filed by any party until further order of the Court</u>.

    **IT IS SO ORDERED.**                    _____
                                                         **STEPHAN M. VIDMAR**
                                                         **United States Magistrate Judge**