IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHN PORTER WILCOX,

    Plaintiff,

v.                                         No. 14-cv-0308 MV/SMV

SUSANA MARTINEZ, et al.,

    Defendants.

## ORDER GRANTING DEFENDANTS' MOTION TO STAY

THIS MATTER is before the Court on Defendants' Motion to Stay [Doc. 24], filed on May 9, 2014. Defendants Frawner, Management & Training Corporation, Benavides, Orozco, Andrade, Simmons, Sanchez, Boyd, Martinez, and Pascale move the Court to stay all proceedings in this case pending ruling on Plaintiff's requests to proceed *in forma pauperis* ("IFP"). The Court finds the motion well-taken and will grant it.

**IT IS THERFORE ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion to Stay [Doc. 20] is **GRANTED**. All proceedings in this case are stayed pending ruling on Plaintiff's requests to proceed IFP [2, 10, 11, 15]. <u>All proceedings in this case are STAYED until further order of the Court</u>.

**IT IS SO ORDERED.**

                                                  **STEPHAN M. VIDMAR**
                                                  **United States Magistrate Judge**