IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHN PORTER WILCOX,

    Plaintiff,

v.                                                                                                                       No. 14-cv-0308 MV/SMV

SUSANA MARTINEZ, et al.,

    Defendants.

**ORDER CONTINUING STAY OF PROCEEDINGS**

THIS MATTER is before the Court on its Order Granting Leave to Proceed Pursuant to 28 U.S.C. § 1915(b), and to Make Payments or Show Cause [Doc. 28], issued June 2, 2014. On May 9, 2014, the Court stayed all proceedings pending ruling on Plaintiff's requests to proceed *in forma pauperis* ("IFP"). [Doc. 25]. Although the Court has found that Plaintiff may proceed IFP, he is still required to make an initial partial payment of $6.97 or show cause why he cannot make the payment. [Doc. 28] at 2. The Court will not review the merits of the complaint unless the payment is made or excused. *Id.* Accordingly, the stay will be continued until the payment is made or excused and until the Court has reviewed the merits of the complaint.

    IT IS THERFORE ORDERED, ADJUDGED, AND DECREED that <u>all proceedings in this case remained STAYED until further order of the Court</u>.

    IT IS SO ORDERED.

                                                                                                                              _____
                                                                                                                              **STEPHAN M. VIDMAR**
                                                                                                                              **United States Magistrate Judge**