IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHN PORTER WILCOX,

    Plaintiff,

v.                                                                 No. 14-cv-0308 MV/SMV

SUSANA MARTINEZ, et al.,

    Defendants.

**ORDER GRANTING MOTION TO PROCEED**
**ON APPEAL WITHOUT PREPAYMENT OF COSTS OR FEES**

    THIS MATTER is before the Court on Plaintiff's Motion for Leave to Proceed on Appeal without Prepayment of Costs or Fees [Doc. 75], filed on April 1, 2015.   Absent certain exceptions that do not appear to be met here, "[a] party who was permitted to proceed in forma pauperis in the district-court action . . . may proceed on appeal in forma pauperis without further authorization[.]" Fed. R. App. P. 24(a)(3).   In this case, Plaintiff was granted leave to proceed in forma pauperis in the district court on June 2, 2014.   [Doc. 28].   Accordingly, the Motion will be granted.

    **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion for Leave to Proceed on Appeal without Prepayment of Costs or Fees [Doc. 75] is **GRANTED.**

    **IT IS SO ORDERED**.

                                                                        _____
                                                                       **STEPHAN M. VIDMAR**
                                                                       **United States Magistrate Judge**